FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 13  PM 4: 53

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ERIC L. JENKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF AL ST. LAWRENCE, )<br>OFFICER HILL, OFFICER FARMER, )<br>OFFICER PLUNKETT, SERGEANT )<br>BRYANT, SERGEANT FLOYD, )<br>OFFICER GEORGE, CORPORAL )<br>GILBURG, LIEUTENANT LAMB, )<br>and CHATHAM COUNTY )<br>SHERIFF'S DEPARTMENT, )<br>)<br>Defendants. ) | Case No. CV406-216 |

## REPORT AND RECOMMENDATION

Plaintiff previously sought to proceed *in forma pauperis* in this action brought pursuant to 42 U.S.C. § 1983. The Court issued an Order on September 22, 2006 instructing plaintiff to submit within ten days his current place of confinement or residential address so that the Court could determine whether plaintiff is incarcerated and therefore subject to the provisions of §1915(a)(2) and (b), which require prisoner *in forma pauperis* applicants to pay the full filing fee in installments.

Plaintiff has failed to notify the Court of his current whereabouts. Because plaintiff failed to comply with the Court's Order, it is recommended that this case be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 13TH day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA