UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ERIC L. JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV406-216 |
| ) | |
| SHERIFF AL ST. LAWRENCE, ) | |
| OFFICER HILL, OFFICER FARMER, ) | |
| OFFICER PLUNKETT, SERGEANT ) | |
| BRYANT, SERGEANT FLOYD, ) | |
| OFFICER GEORGE, CORPORAL ) | |
| GILBURG, LIEUTENANT LAMB, ) | |
| and CHATHAM COUNTY ) | |
| SHERIFF'S DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27th day of November, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA